UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CHARLYN D. WILLIAMS, f/k/a CHARLYN D. LARSGAARD,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:13-cv-05600-KLS<br><br><br><br>ORDER AND JUDGMENT FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall (1) reevaluate the opinion of Michelle Scallon, Ph.D.; (2) reevaluate the claimant's mental impairments pursuant to the special technique described in 20 CFR 404.1520a; (3) if warranted, determine the materiality of the claimant's polysubstance abuse pursuant to 20 CFR 404.1535 and Social Security Ruling 13-2p; and (4) issue a new decision. A *de novo* hearing is not required; however, the Plaintiff may demonstrate to the Administrative Law Judge that the facts of the case warrant another hearing.

Page 1    ORDER AND JUDGMENT FOR REMAND –
         [3:13-cv-05600-KLS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3702

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 2nd day of January, 2014.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Nicole Jabaily
NICOLE JABAILY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3702
Fax: (206) 615-2531
nicole.jabaily@ssa.gov

Page 2   ORDER AND JUDGMENT FOR REMAND –
         [3:13-cv-05600-KLS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3702